UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AANP, et al.<br><br>v.<br><br>McMahon, et al. | )<br>)<br>)<br>)<br>)   1:26-cv-01780-BAH<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF ELECTRONIC SERVICE

Now comes Rita Berzins the undersigned and does hereby swear and affirm, affidavit is a Private Process server and disinterested person over the age of eighteen. Affiant is not a party in the above styled cause and has a legal domicile of Gaithersburg, MD.

I, Rita Berzins certify that on **May 26, 2026** I emailed a copy of the within Summons and Complaint to c/o Civil Process Clerk, U.S. Attorney's Office for the District of Columbia, in the following manner.

**(XX) EMAIL SERVICE:** Through Electronic Delivery of each document on **May 26, 2026 a** true copy to the party named herein, **c/o Civil Process Clerk, U.S. Attorney's Office for the District of Columbia** at **USADC.ServiceCivil@usdoj.gov**.

Confirmation of electronic service by email was received from c/o Civil Process Clerk, U.S. Attorney's Office for the District of Columbia on 05/26/2026  5:36 PM.

See Attached Signed Acknowledgment of Receipt of Email (Exhibit A)

_May 27, 2026_
_Date_



86572

_Rita Berzins_
**Rita Berzins**
P.O. Box 18647
Washington, DC  20036
202-296-0222

Civil Action No.   1:26-cv-01780-BAH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   c/o Civil Process Clerk, U.S. Attorney's Office for the District of  Columbia

was received by me on *(date)*   5/26/2026   .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*   **Emailed a copy of Summons and Complaint to c/o Civil Process Clerk, U.S. Attorney's Office for the District of Columbia  to USADC.ServiceCivil@usdoj.gov. Confirmation of electronic service by email was received on 05/26/2026 5:36 PM (Exhibit A)**

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:   5/26/2026 _____        *Rita Berzins* _____
                                        *Server's signature*

                                        Rita Berzins, Process Server _____
                                        *Printed name and title*

86572                                   P.O. Box 18647, Washington, DC  20036 _____
                                        *Server's address*

Additional information regarding attempted service, etc:

Documents Served: Summons and Complaint

**Assistant 1**

| | |
|---|---|
| **From:** | USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov> |
| **Sent:** | Tuesday, May 26, 2026 5:36 PM |
| **To:** | Assistant 1; USADC-ServiceCivil |
| **Cc:** | jmcelvain@democracyforward.org; rcooper@democracyforward.org |
| **Subject:** | RE: In re: US District Court for DC / Court Case No. 1:26-cv-01780-BAH / American Association of Nurse Practioners et al. v. Linda McMahon et al. |

Your submission has been received by email on May 26, 2026.

Civil-process Clerk, U.S. Attorney's Office for the District of Columbia

**From:** Assistant 1 <Rita@torrilegalservices.com>
**Sent:** Tuesday, May 26, 2026 1:27 PM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Cc:** jmcelvain@democracyforward.org; rcooper@democracyforward.org
**Subject:** [EXTERNAL] Registered: In re: US District Court for DC / Court Case No. 1:26-cv-01780-BAH / American Association of Nurse Practioners et al. v. Linda McMahon et al.

**REGISTERED EMAIL™ | CERTIFIED DELIVERY**

This is a Registered Email™ message from **Assistant 1**.

**In re:**
**United States District Court for the District of Columbia**
**Civil Action No. 1:26-cv-01780-BAH / American Association of Nurse Practioners, et al. v. Linda McMahon, et al.**

**Please find attached electronic service addressed to <u>Linda McMahon, in her official capacity as Secretary of the United States Department of Education, and U.S. Department of Eduction, c/o Civil Process Clerk, U.S. Attorney's Office for the District of Columbia</u> in the above-referenced case. The attached service package consists of the following documents:** *Summons and Complaint.*

**Service is being effectuated electronically as instructed by Service of Process in Civil Actions under Federal Rule of Civil Procedure 4(i).**

Please confirm receipt of the attached service at your earliest convenience.

Sincerely,
*Rita*
Rita L. Berzins
Director of Research
**Torri's Legal Services**
18403 Woodfield Rd., Suite A
Gaithersburg, MD 20879
Tel. 301-869-5081

**EXHIBIT A'**