# Exhibit 1

**Table 1. List of Eligible 4-digit CIPs**

| 4-Digit CIP | 4-Digit CIP Title |
|---|---|
| 0180 | Veterinary Medicine. |
| 2201 | Law. |
| 3906 | Theological and Ministerial Studies. |
| 4228 | Clinical, Counseling and Applied Psychology. |
| 5101 | Chiropractic. |
| 5104 | Dentistry. |
| 5112 | Medicine. |
| 5117 | Optometry. |
| 5120 | Pharmacy, Pharmaceutical Sciences, and Administration. |

**Table 2. List of 6-digit CIPs within Eligible 4-digit CIPs**

| Four-digit CIP | Four-digit CIP Title | Six-digit CIP | Six-digit CIP Title |
|---|---|---|---|
| 0180 | Veterinary Medicine. | 018001 | Veterinary Medicine |
| 2201 | Law | 220101 | Law |
| 3906 | Theological and Ministerial Studies. | 390601 | Theology/Theological Studies. |
| 3906 | Theological and Ministerial Studies. | 390602 | Divinity/Ministry. |
| 3906 | Theological and Ministerial Studies. | 390604 | Pre-Theology/Pre-Ministerial Studies. |
| 3906 | Theological and Ministerial Studies. | 390605 | Rabbinical Studies. |
| 3906 | Theological and Ministerial Studies. | 390699 | Theological and Ministerial Studies, Other. |
| 4228 | Clinical, Counseling and Applied Psychology. | 422801 | Clinical Psychology. |
| 4228 | Clinical, Counseling and Applied Psychology. | 422802 | Community Psychology. |
| 4228 | Clinical, Counseling and Applied Psychology. | 422803 | Counseling Psychology. |
| 4228 | Clinical, Counseling and Applied Psychology. | 422804 | Industrial and Organizational Psychology. |
| 4228 | Clinical, Counseling and Applied Psychology. | 422805 | School Psychology. |
| 4228 | Clinical, Counseling and Applied Psychology. | 422806 | Educational Psychology. |
| 4228 | Clinical, Counseling and Applied Psychology. | 422807 | Clinical Child Psychology. |
| 4228 | Clinical, Counseling and Applied Psychology. | 422808 | Environmental Psychology. |
| 4228 | Clinical, Counseling and Applied Psychology. | 422809 | Geropsychology. |
| 4228 | Clinical, Counseling and Applied Psychology. | 422810 | Health/Medical Psychology. |
| 4228 | Clinical, Counseling and Applied Psychology. | 422811 | Family Psychology. |
| 4228 | Clinical, Counseling and Applied Psychology. | 422812 | Forensic Psychology. |
| 4228 | Clinical, Counseling and Applied Psychology. | 422813 | Applied Psychology. |
| 4228 | Clinical, Counseling and Applied Psychology. | 422814 | Applied Behavior Analysis. |
| 4228 | Clinical, Counseling and Applied Psychology. | 422815 | Performance and Sport Psychology. |
| 4228 | Clinical, Counseling and Applied Psychology. | 422816 | Somatic Psychology. |
| 4228 | Clinical, Counseling and Applied Psychology. | 422817 | Transpersonal/Spiritual Psychology. |
| 4228 | Clinical, Counseling and Applied Psychology. | 422899 | Clinical, Counseling and Applied Psychology, Other. |
| 5101 | Chiropractic. | 510101 | Chiropractic. |

| | | | | |
|---|---|---|---|---|
| 5104 | Dentistry. | | 510401 | Dentistry. |
| 5112 | Medicine. | | 511201 | Medicine. |
| 5112 | Medicine. | | 511202 | Osteopathic Medicine/Osteopathy. |
| 5112 | Medicine. | | 511203 | Podiatric Medicine/Podiatry. |
| 5112 | Medicine. | | 511299 | Medicine, Other. |
| 5117 | Optometry. | | 511701 | Optometry. |
| 5120 | Pharmacy, Pharmaceutical Sciences, and Administration. | | 512001 | Pharmacy. |
| 5120 | Pharmacy, Pharmaceutical Sciences, and Administration. | | 512002 | Pharmacy Administration and Pharmacy Policy and Regulatory Affairs. |
| 5120 | Pharmacy, Pharmaceutical Sciences, and Administration. | | 512003 | Pharmaceutics and Drug Design. |
| 5120 | Pharmacy, Pharmaceutical Sciences, and Administration. | | 512004 | Medicinal and Pharmaceutical Chemistry. |
| 5120 | Pharmacy, Pharmaceutical Sciences, and Administration. | | 512005 | Natural Products Chemistry and Pharmacognosy. |
| 5120 | Pharmacy, Pharmaceutical Sciences, and Administration. | | 512006 | Clinical and Industrial Drug Development. |
| 5120 | Pharmacy, Pharmaceutical Sciences, and Administration. | | 512007 | Pharmacoeconomics/Pharmaceutical Economics. |
| 5120 | Pharmacy, Pharmaceutical Sciences, and Administration. | | 512008 | Clinical, Hospital, and Managed Care Pharmacy. |
| 5120 | Pharmacy, Pharmaceutical Sciences, and Administration. | | 512009 | Industrial and Physical Pharmacy and Cosmetic Sciences. |
| 5120 | Pharmacy, Pharmaceutical Sciences, and Administration. | | 512010 | Pharmaceutical Sciences. |
| 5120 | Pharmacy, Pharmaceutical Sciences, and Administration. | | 512011 | Pharmaceutical Marketing and Management. |
| 5120 | Pharmacy, Pharmaceutical Sciences, and Administration. | | 512099 | Pharmacy, Pharmaceutical Sciences, and Administration, Other. |