**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN ASSOCIATION OF NURSE PRACTITIONERS, *et al.*, | |
| Plaintiffs, | Case No. 1:26-cv-01780-BAH |
| v. | |
| LINDA MCMAHON, *et al.*, | HON. BERYL A. HOWELL |
| Defendants. | |

**BRIEF OF AMICI CURIAE 13 LOCAL GOVERNMENTS, CITY OFFICIALS, AND
MUNICIPAL HEALTH CORPORATIONS IN SUPPORT OF PLAINTIFFS**

# TABLE OF CONTENTS

**Page**

INTEREST OF AMICI CURIAE ........................................................................................ 1

ARGUMENT ..................................................................................................................... 4

    I.    THE FINAL RULE WILL REDUCE OPPORTUNITIES FOR AMICI'S COMMUNITY MEMBERS TO OBTAIN PROMINENT CAREERS AND LONG-TERM CAREER SUCCESS ............................................................. 4

        A.    Residents in Amici Jurisdictions Will Be Deterred from Pursuing Impacted Degrees ........................................................................... 4

        B.    The Final Rule Will Exacerbate Existing Worker Shortages in Critical Industries ............................................................................. 9

            1.    Nursing ......................................................................... 10

            2.    Education ...................................................................... 12

            3.    Social Work .................................................................. 13

            4.    Long-Term Effects ....................................................... 14

    II.    THE FINAL RULE WILL HARM AMICI'S INTERESTS .............................. 15

        A.    The Final Rule Will Weaken Amici's Economic and Fiscal Base .......... 15

        B.    Amici Will Face New Challenges in Recruiting a Skilled Workforce ...................................................................................... 17

        C.    Amici's Ability to Offer the Same Level of Public Services Will Be Impaired .................................................................................. 18

CONCLUSION ................................................................................................................ 21

**TABLE OF AUTHORITIES**

**Page(s)**

**Statutes**

20 U.S.C. § 1087e(a)(4)(A) .................................................................................................... 2

20 U.S.C. § 1087e(a)(4)(B)..................................................................................................... 2

20 U.S.C. § 1087e(a)(4)(C)(2) ............................................................................................... 2

Pub. L. No. 119-21, 139 Stat. 72, 335 (2025)........................................................................ 1

**Other Authorities**

Am. Ass'n of Colls. of Nursing, *Assessing the Impact of Federal Loan Limits on Post-Baccalaureate Nursing Education: Perspectives from Deans and Students* (Dec. 2025), https://www.aacnnursing.org/Portals/0/PDFs/Data/AACN-Data-Loan-Cap-Survey-Report-December-2025.pdf [https://perma.cc/KUW7-5692].................................................. 7, 8

Am. Ass'n of Colls. of Nursing, *Fact Sheet: The Doctor of Nursing Program* (Jun. 2025), https://www.aacnnursing.org/Portals/0/PDFs/Fact-Sheets/DNP-Fact-Sheet.pdf [https://perma.cc/X8H9-9GDG] ............................................................................................ 5

Am. Ass'n of Colls. of Nursing, *Schools of Nursing Enrollment Increases Across Most Program Levels, Signaling Strong Interest in Nursing Careers* (Jun. 17, 2025), https://www.aacnnursing.org/news-data/all-news/schools-of-nursing-enrollment-increases-across-most-program-levels-signaling-strong-interest-in-nursing-careers [https://perma.cc/8L3Q-YQC3]............................................................................................ 5

Am. Council on Educ., *Graduate and Professional Student Loan Limits Under OBBB*, https://www.acenet.edu/Documents/TPs-OBBB-Loan-Limits-2026.pdf [https://perma.cc/5B64-H383] ............................................................................................. 6

Angelina Walker, *3K+ Nurses Have Spoken Up During the DoED Public Comment Period—Here's What They're Saying,* Nurse.org (Feb. 10, 2026), https://nurse.org/news/doed-loan-caps-nursing-comments-analysis/ [https://perma.cc/R39N-RFJQ]........................................................................................... 7

Angelina Walker, Poll: *59% of Nurses 'Less Likely' to Seek Graduate Degree Because of DoED Loan Policy*, Nurse.org (Mar. 2, 2026), https://nurse.org/news/nurses-react-doe-loan-limit-change-poll-results/ [https://perma.cc/6BM2-2PGK]........................................ 7, 17

Arthur Jones II, *Healthcare Groups Sue Trump Administration Over Student Loan Caps*, ABC News (Jun. 3, 2026), https://abcnews.com/Politics/healthcare-groups-sue-trump-administration-student-loan-caps/story?id=133522818 [https://perma.cc/4U44-BQJA]........... 8

Austin Littrell, *Nurse Practitioners Are Key to Accessible Primary Care,* Med. Econ. (Feb. 28, 2025), https://www.medicaleconomics.com/view/nurse-practitioners-fill-gaps-in-primary-care-access [https://perma.cc/JHY4-NZ4C] .................................................. 11

Bouve Commc'ns, *School Psychology v. School Counseling: What's the Difference?* (May 29, 2023), https://bouve.northeastern.edu/news/school-psychology-vs-school-counseling-whats-the-difference/ [https://perma.cc/GE7W-VY3N].................................. 11, 12

**TABLE OF AUTHORITIES**
**(continued)**

**Page(s)**

Carleton H. Brown & David Knight, *Staffing Schools to Support the Classroom: Examining Student-to-School-Counselor Ratios and Academic Student Outcomes in Texas*, Prof. Sch. Counseling (2023), https://www.education.uw.edu/ctp/sites/default/files/Staffing%20Schools%20to%20Support%20the%20Classroom-%20Examining%20Student-to-School-Counselor%20Ratios%20and%20Academic%20Student%20Outcomes%20in%20Texas.pdf [https://perma.cc/DW9G-PVNZ]................................................................ 13

Christina McFarland & Michael A. Pagano, *City Fiscal Conditions*, Nat'l League of Cities (2016), https://www.nlc.org/wp-content/uploads/2016/10/City-Fiscal-Conditions-2016_1.pdf [https://perma.cc/XL38-4LYJ] ............................................. 17

City of New York, *Preliminary Mayor's Management Report* (Mar. 2026), https://www.nyc.gov/assets/operations/downloads/pdf/pmmr2026/2026_pmmr.pdf [https://perma.cc/3PPU-V576] ..................................................................... 19

Columbia Sch. of Soc. Work, *Bridging the Gap: The Urgent Need for Social Workers*, (Sept. 29, 2023), https://socialwork.columbia.edu/news/bridging-gap-urgent-need-social-workers [https://perma.cc/G3E2-H9GS]........................................................ 14

*Consumer Expenditures, Economic News Release*, U.S. Bureau Lab. Stat. (December 19, 2025), https://www.bls.gov/news.release/cesan.nr0.htm [https://perma.cc/9FLD-RXRA]...................................................................................................... 16

Council for Accreditation of Counseling and Related Educ. Programs Vital Stat., *2022: Results from a National Survey of Accredited Programs* (Apr. 2023), https://www.cacrep.org/wp-content/uploads/2023/09/2022-Vital-Statistics-Report.pdf [https://perma.cc/6ZUL-4LJD] ........................................................................ 5

Council on Soc. Work Educ., *2023-2024 Social Work Education in the United States* (2025), https://www.cswe.org/getmedia/4987f514-0b71-48b9-9951-890a4060de29/2023-2024-Annual-Survey-of-Social-Work-Programs.pdf [https://perma.cc/7XXU-7TX9]................................................................... 4

Cnty. of Los Angeles, *LA Health Services' Integrated Care Model Reduces Cost of Care and Treatment Burden for Patients, Study Finds;* Integrated Approach Empowers Primary Care Teams, Reduces Unnecessary Visits, and Expands Access Inside the Nation's Second-Largest Public Health System (Dec. 1, 2025), https://lacounty.gov/2025/12/01/la-health-services-integrated-care-model-reduces-cost-of-care-and-treatment-burden-for-patients-study-finds [https://perma.cc/6RV5-4RJS] .......... 19

*Education Pays, Career Outlook*, U.S. Bureau Lab. Stat. (May 2025), https://www.bls.gov/careeroutlook/2025/data-on-display/education-pays.htm [https://perma.cc/4NQ6-YWNE]................................................................... 16

Fed. Student Aid, *When It Comes to Paying for College, Career School, or Graduate School, Federal Student Loans Can Offer Several Advantages Over Private Student Loans.* (last accessed Jun. 11, 2026), https://studentaid.gov/understand-aid/types/loans/federal-vs-private [https://perma.cc/95LW-NKXP].................................... 1, 18

**TABLE OF AUTHORITIES**
**(continued)**

**Page(s)**

Health Res. & Servs. Admin., *Health Workforce Projections* (Dec. 2025),
https://bhw.hrsa.gov/data-research/projecting-health-workforce-supply-demand
[https://perma.cc/A2WE-VY88]............................................................................ 12

Health Servs. Los Angeles Cnty., *Who We Serve*, https://dhs.lacounty.gov/who-we-
are/who-we-serve [https://perma.cc/LD7R-CFWX] ................................................ 19

Iowa Dep't of Health & Hum. Servs., *Healthy Iowans* (Jun. 2025),
https://hhs.iowa.gov/media/16815/download?inline [https://perma.cc/2HCW-KFBX] .......... 17

Jasmine Laws, *Full List of Degrees Not Classed As 'Professional' by Trump Admin*,
Newsweek (Nov. 21, 2025), https://www.newsweek.com/full-list-degrees-
professional-trump-administration-11085695 [https://perma.cc/93H6-TBNL] ......................... 2

Jason Bryan Ball, *New Student Loan Rules for 2026—How Degree Type Will Now
Determine What You Can Borrow*, Jason Fin Tips (Nov. 21, 2025),
https://jasonfintips.com/college-planning-paying-for-school-blog/new-student-loan-
rules-for-2026-how-degree-type-will-now-determine-what-you-can-borrow/
[https://perma.cc/4QDR-DMA8] ........................................................................... 6, 7

Jeanne Whalen, *Nursing Is the Surefire New Path to American Prosperity*, Wall Street
Journal (Apr. 1, 2026), https://www.wsj.com/economy/jobs/nursing-jobs-pay-
prosperity-b2769391?msockid=3f7fe811ecdd66870c33ff66ed4e6788
[https://perma.cc/U58W-9ZGJ] ............................................................................. 16

Jeff Kelly, *Exploring Careers and Opportunities With a Master of Social Work Degree*,
Mente Counseling (Feb. 25, 2025), https://mentecounseling.com/2025/02/exploring-
careers-and-opportunities-with-a-master-of-social-work-msw-degree/
[https://perma.cc/7MS4-4B7F] ............................................................................. 13

Joy J. Kim, *The Licensed Social Work Workforce: Analysis of the 2024 Social Work
Workforce Survey*, Ass'n of Soc. Work Boards (Jul. 2025), https://www.aswb.org/wp-
content/uploads/2025/07/Social-Work-Workforce-Study-Series-Report-2.pdf
[https://perma.cc/3JEU-7E92] .......................................................................... 13, 14

Los Angeles Cnty. Dep't of Pub. Health, *Welcome to the Los Angeles County Department
of Public Health* (last accessed June 13, 2026),
http://publichealth.lacounty.gov/media/director [https://perma.cc/EG9Q-9EF3] .................... 20

Los Angeles Reg'l Consortium, *From Pipeline to Pathway: Strengthening Los Angeles
County's Nursing Workforce for the Future* (Oct. 2025) https://losangelesrc.org/wp-
content/uploads/2025/11/L.A.-County-Nursing-Report.pdf [https://perma.cc/7H8L-
AFEG]..................................................................................................... 14

Mandy Savitz-Romer & Tara P. Nicola, *Building High-Quality School Counseling
Programs to Ensure Student Success*, Ed Rsch. for Action (Jan. 2022),
https://edresearchforaction.org/wp-content/uploads/EdResearch-Building-High-
Quality-School-Counseling-Student-Success-_21.pdf [https://perma.cc/GSX5-LAWP] ........ 12

**TABLE OF AUTHORITIES**
(continued)

**Page(s)**

Mary Cunningham, *A Major Student Loan Overhaul Takes Effect July 1. Here's What Borrowers Need to Know.*, CBS News (Jun. 1, 2026) https://www.cbsnews.com/news/student-loan-changes-july-2026/ [https://perma.cc/8XKN-D77U] ............................................................................... 4

Matt Vera, *Nursing Shortage 2025: Safe Staffing Impact in the U.S. and the World,* Nurseslabs (Aug. 18, 2025), https://nurseslabs.com/nursing-shortage/ [https://perma.cc/7YAP-5Y3L] ......................................................................... 9, 10

Melissa A. Messer, *Artificial Intelligence in School Psychology Report Writing*, Psych. Assessment Res. (Apr. 2026), https://www.parinc.com/docs/default-source/product-resources/par_artificial-intelligence-school-psychology_white-paper.pdf [https://perma.cc/F8LU-5THG] ............................................................................. 12

Nat'l Ass'n of Sch. Psychs., *The Impact of Federal Support for School Mental Health Services* (2025), https://www.congress.gov/119/meeting/house/118317/documents/HHRG-119-ED00-20250604-SD003.pdf [https://perma.cc/87MR-YL8T] ............................................... 12, 13

Nat'l Ctr. for Health Workforce Analysis, *Nurse Workforce Projections, 2033-2038*, (Dec. 2025), https://bhw.hrsa.gov/sites/default/files/bureau-health-workforce/data-research/nursing-projections-factsheet.pdf [https://perma.cc/XG9V-9WXD] ......................... 10

Nicole Smith, Martin Der Werf, Madeleine Adelson, & Jeff Strohl, *Falling Behind: How Skills Shortages Threaten Future Jobs*, Georgetown Univ. Ctr. on Educ. & Workforce, (2025) https://cew.georgetown.edu/wp-content/uploads/cew-falling_behind-fr.pdf [https://perma.cc/SDQ4-9GPC] ................................................................... 10, 11

Nurse.com, *How to Become a Nurse Practitioner* (Mar. 2, 2026), https://www.nurse.com/nursing-resources/how-to-guides/how-to-become-a-nurse-practitioner/ [https://perma.cc/V6XW-TSBL] ................................................... 10, 11

Occupational Outlook Handbook, *Nurse Anesthetists, Nurse Midwives, and Nurse Practitioners*, USBOL (August 28, 2025) https://www.bls.gov/ooh/healthcare/nurse-anesthetists-nurse-midwives-and-nurse-practitioners.htm#tab-5 [https://perma.cc/7DK6-XFM9] ............................................................................ 16

Oregon Health and Science Univ., *Nursing Program Costs*, https://www.ohsu.edu/school-of-nursing/tuition-and-fees [https://perma.cc/59MY-WGXY] ........................................................................................................... 6

Rachel Nuwer, *Public Health Backlash Hurts Master's Program Enrollment*, Think Glob. Health (Feb. 23, 2026), https://www.thinkglobalhealth.org/article/public-health-backlash-hurts-masters-program-enrollment [https://perma.cc/BF6Z-SVLG] ........................... 4

Rebecca Carballo, *Why Trump's Student Loan Revamp Might Lead to More College Debt*, Politico (Mar. 5, 2026), https://www.politico.com/news/2026/03/05/private-lenders-student-loan-debt-rules-00798333 [https://perma.cc/QS7N-7E95] ........................... 6, 9

*Rethinking Revenue,* Gov't Fin. Officers Ass'n, https://www.gfoa.org/rethinking-revenue [https://perma.cc/C6ZT-ZLJT] ................................................................ 17

**TABLE OF AUTHORITIES**
**(continued)**

**Page(s)**

Shane Meyers, Geoffrey D. Paulin, & Kristen Thiel, *Consumer Expenditures in 2023*,
U.S. Bureau Lab. Stat. (Dec. 2024) https://www.bls.gov/opub/reports/consumer-expenditures/2023 [https://perma.cc/E3FU-J9ZX] ...................................................................... 16

U.S. News, *2026 Best Nursing Schools: Master's* (2026), https://www.usnews.com/best-graduate-schools/top-nursing-schools/nur-rankings ......................................................... 5

U.S. News, *Best Audiology Programs* (2026), https://www.usnews.com/best-graduate-schools/top-health-schools/audiology-rankings?_sort=rank-asc .............................................. 5

U.S. News, *Best Public Health Schools* (2026), https://www.usnews.com/best-graduate-schools/top-health-schools/public-health-rankings?_sort=rank-asc .......................................... 5

**Regulations**

34 C.F.R. § 668.2(b) (2025) ................................................................................................ 2

34 C.F.R. § 685.102(b) ....................................................................................................... 2

Reimagining and Improving Student Education (RISE), 91 Fed. Reg. 4260 (Jan. 30, 2026) ............................................................................................................................. 2

Reimagining and Improving Student Education (RISE), 91 Fed. Reg. 4254 (Jan. 30, 2026) ............................................................................................................................. 2

Reimagining and Improving Student Education (RISE), 91 Fed. Reg. 23,814 (May 1, 2026) ............................................................................................................................. 7

**INTEREST OF AMICI CURIAE**[1]

Amici curiae comprise 13 cities and counties, city officials, and municipal health corporations[2] and represent the interests of their residents and their own interests as public sector employers affected by the Department of Education's change to the definition of a "professional degree" for purposes of federal student lending. Amici cities and counties are major centers of education and career development. Students flock to higher education institutions in and near amici and establish careers in amici's communities. Amici depend on graduate students for their expertise in critical public resources and services, economic contributions to amici jurisdictions, and amici's continued vitality.

The Department of Education is at the center of postsecondary education financing. Federal loans have lower rates and more flexible repayment options than private loans.[3] Additionally, some federal loans may be eligible for loan forgiveness for public service workers, whereas most private lenders do not offer such programs.[4]

In July 2025, Congress modified the federal loan landscape and imposed separate loan caps for graduate students and "professional" students. Pub. L. No. 119-21, 139 Stat. 72, 335

---

[1] Counsel for all parties consented to the filing of this motion. No party, or counsel for a party, authored this brief in whole or in part. No one other than amici and their counsel contributed money to fund this brief. The affiliations of each individual amici are listed for identification only, and the views expressed in this brief are those of the individual amici only.

[2] Amici include the City of Boston, Massachusetts; County of Boulder, Colorado; City of Cambridge, Massachusetts; City of Iowa City, Iowa; County of Los Angeles, California; City of New York, New York; City of Portland, Oregon; City of Providence, Rhode Island; City of San Diego, California; City of San Francisco, California; County of Santa Clara, California; the New York City Health + Hospitals Corporation; and the Oakland Attorney's Office. The full list of Amici and their counsel is provided in Appendix A.

[3] Fed. Student Aid, *When It Comes to Paying for College, Career School, or Graduate School, Federal Student Loans Can Offer Several Advantages Over Private Student Loans.* (last accessed Jun. 11, 2026), https://studentaid.gov/understand-aid/types/loans/federal-vs-private [https://perma.cc/95LW-NKXP].

[4] *Id.*

1

(2025) ("The One Big Beautiful Bill Act").  As a result of the One Big Beautiful Bill Act, professional students may borrow up to $50,000 per year, while graduate students may only borrow up to $20,500 per year.  20 U.S.C. § 1087e(a)(4)(A).  Additionally, professional students may borrow an aggregate of $200,000 throughout their program, whereas graduate students may only borrow a total of $100,000.  *Id.* § 1087e(a)(4)(B).  In establishing these caps, Congress referenced a pre-existing regulation defining a "professional degree," *see* 20 U.S.C. § 1087e(a)(4)(C)(2):

> A degree that signifies both completion of the academic requirements for beginning practice in a given profession and a level of professional skill beyond that normally required for a bachelor's degree.  Professional licensure is also generally required.  ***Examples of a professional degree include but are not limited to*** Pharmacy (Pharm.D.), Dentistry (D.D.S. or D.M.D.), Veterinary Medicine (D.V.M.), Chiropractic (D.C. or D.C.M.), Law (L.L.B. or J.D.), Medicine (M.D.), Optometry (O.D.), Osteopathic Medicine (D.O.), Podiatry (D.P.M., D.P., or Pod.D.), and Theology (M.Div., or M.H.L.).

34 C.F.R. § 668.2(b) (2025) (emphasis added).

Following the passage of the One Big Beautiful Bill Act, the Department of Education modified the definition of "professional degree."  *See* Reimagining and Improving Student Education (RISE), 91 Fed. Reg. 4254 (Jan. 30, 2026) (to be codified at 34 C.F.R. § 685.102(b)) ("Final Rule").  The Final Rule excludes many degrees in the fields of nursing, education, and public health, among others, that were previously deemed professional degrees.[5]  By designating these degrees as graduate instead of

---

[5] The full scope of graduate degrees that are no longer "professional" under the Final Rule is unclear, but it is anticipated that they include at least the following:  Master of Science in Nursing, Doctor of Nursing Practice, Doctor of Nursing Anesthesia Practice, Master of Public Health, Doctor of Public Health, Master of Marriage and Family Therapy, Doctor of Marriage and Family Therapy, Master in School Counseling, Master in School Psychology, Master of Social Work, Doctor of Physical Therapy, Doctor of Occupational Therapy, Master of Science in Athletic Training, Master of Physician Assistant Studies, Doctor of Audiology, Master of Science in Speech-Language Pathology, and Master of Architecture.  *See* 91 Fed. Reg. at 4260; *see also* Jasmine Laws, *Full List of Degrees Not Classed As 'Professional' by Trump Admin*,

professional, the Final Rule will reduce current and future students' ability to finance degrees in these fields and will deter individuals from seeking job opportunities in professions that require these degrees.  Students of lesser means—for whom a professional education has traditionally been a key pathway to future financial success— will be particularly impacted, as they may not be able to rely on the financial support of family or qualify for private loans to help finance their educational goals.  The result will be fewer and potentially less diverse students seeking and attaining these degrees, and ultimately fewer qualified workers in critical fields such as nursing, education, public health, social work, and more.

Amici will feel the effects of the Final Rule acutely.  Charged with protecting the health, safety, and well-being of their residents, amici provide critical services in the medical, public health, and social services fields and rely on a steady and consistent pipeline of qualified workers to sustain these essential services.  The presence of a highly skilled workforce also strengthens amici communities financially by increasing tax revenue and local consumer spending.  As fewer students graduate with the impacted degrees, there will be increased competition within and between the public and private employment sectors; reduced access to federal student loans may also deter candidates from pursuing public sector careers entirely and will make it difficult for amici to fill critical public service jobs.  Residents in amici's communities will suffer as they see reduced access to services, longer wait times, and delayed care delivery.  The effects will be compounding, particularly in the medical and public health fields, as amici will bear the brunt of increased emergency department visits, avoidable hospitalizations, and worsening public health.

---

Newsweek (Nov. 21, 2025), https://www.newsweek.com/full-list-degrees-professional-trump-administration-11085695 [https://perma.cc/93H6-TBNL].

If allowed to go into effect, the Final Rule will have ripple effects across amici's communities. Amici therefore share a strong interest in this litigation and urge the Court to grant Plaintiffs' motion staying and enjoining implementation of the Final Rule.

## ARGUMENT

The Final Rule will harm amici's communities in at least two significant ways. First, it will deter residents from pursuing professions in nursing, education, public health, social work, and other critical fields by reducing access to federal student loans to help finance the pursuit of those degrees. Fewer students pursuing these degrees means even fewer will graduate, leading to workforce shortages (or the exacerbation of existing shortages) and deleterious long-term effects if it reduces the pipeline of future faculty available to teach future generations of students. Second, as the pool of qualified professionals shrinks, amici will suffer substantial harm as fiscal entities, as employers, and as providers of essential services.

**I.      THE FINAL RULE WILL REDUCE OPPORTUNITIES FOR AMICI'S COMMUNITY MEMBERS TO OBTAIN PROMINENT CAREERS AND LONG-TERM CAREER SUCCESS**

**A.      Residents in Amici Jurisdictions Will Be Deterred from Pursuing Impacted Degrees**

A significant number of students across the country—and in amici jurisdictions—will be impacted by the Final Rule.[6] In total, no fewer than 272,598 students are enrolled in just six of the degrees that would be affected by the Final Rule—Master of Public Health, Master of Social Work, Master in School Psychology, Master in Marriage Couple & Family Psychology, Doctor of Nursing, and Master in Nursing.[7] In the field of nursing alone, 655 schools nationwide

---

[6] Mary Cunningham, *A Major Student Loan Overhaul Takes Effect July 1. Here's What Borrowers Need to Know.,* CBS News (Jun. 1, 2026) https://www.cbsnews.com/news/student-loan-changes-july-2026/ [https://perma.cc/8XKN-D77U].

[7] Rachel Nuwer, *Public Health Backlash Hurts Master's Program Enrollment*, Think Glob. Health (Feb. 23, 2026), https://www.thinkglobalhealth.org/article/public-health-backlash-hurts-

offered master's-level nursing programs in 2025, with approximately 136,656 student enrollees.[8]

Amici jurisdictions are home to many higher education institutions, meaning a large share of the affected students reside in amici jurisdictions or are likely to seek future employment there. Of the nation's top Master of Science in Nursing programs, close to 28% are located in California, Colorado, Iowa, Massachusetts, New York, and Rhode Island.[9] This overrepresentation extends to other fields affected by the Final Rule as well: California, Colorado, Iowa, Massachusetts, and Oregon house 26% of the nation's top public health

---

masters-program-enrollment [https://perma.cc/BF6Z-SVLG] (estimating that in 2024, 20,000 individuals graduated with a Master in Public Health); Council on Soc. Work Educ., *2023-2024 Social Work Education in the United States* (2025), https://www.cswe.org/getmedia/4987f514-0b71-48b9-9951-890a4060de29/2023-2024-Annual-Survey-of-Social-Work-Programs.pdf [https://perma.cc/7XXU-7TX9] (estimating 55,935 enrolled students in Master of Social Work programs in the 2023-2024 academic year); Council for Accreditation of Counseling and Related Educ. Programs Vital Stat., *2022: Results from a National Survey of Accredited Programs* (Apr. 2023), https://www.cacrep.org/wp-content/uploads/2023/09/2022-Vital-Statistics-Report.pdf [https://perma.cc/6ZUL-4LJD] (estimating 12,862 students enrolled in a Master in School Psychology program and 2,169 students enrolled in a Master in Marriage Couple & Family psychology program in 2022); Am. Ass'n of Colls. of Nursing, *Fact Sheet: The Doctor of Nursing Program* (Jun. 2025), https://www.aacnnursing.org/Portals/0/PDFs/Fact-Sheets/DNP-Fact-Sheet.pdf [https://perma.cc/X8H9-9GDG] (estimating 44,976 students enrolled in Doctor of Nursing programs); Am. Ass'n of Colls. of Nursing, *Schools of Nursing Enrollment Increases Across Most Program Levels, Signaling Strong Interest in Nursing Careers* (Jun. 17, 2025), https://www.aacnnursing.org/news-data/all-news/schools-of-nursing-enrollment-increases-across-most-program-levels-signaling-strong-interest-in-nursing-careers [https://perma.cc/8L3Q-YQC3] (estimating 136,656 in a master's degrees in nursing programs).

[8] Am. Ass'n of Colls. of Nursing, *Schools of Nursing Enrollment Increases Across Most Program Levels, Signaling Strong Interest in Nursing Careers*, *supra* note 7.

[9] U.S. News, *2026 Best Nursing Schools: Master's* (2026), https://www.usnews.com/best-graduate-schools/top-nursing-schools/nur-rankings (finding that 43 of the top 154 nursing master's programs are in California, Colorado, Iowa, Massachusetts, New York, and Rhode Island).

graduate programs[10] and 16% of the nation's top graduate audiology programs.[11]  The Final Rule therefore stands to deter a substantial portion of current and future residents of amici jurisdictions from entering these critical professions.

Prospective students will face harsh financial barriers when deciding whether to pursue degrees now labeled as "non-professional."  The total cost of these programs (including the average cost of tuition and living expenses) is substantial:  the average tuition for master's degrees in nursing, physical therapy, and physician assistant studies are $60,000 to $120,000, $90,000 to $130,000, and $90,000 to $130,000, respectively.[12]  Doctoral degree programs can often exceed these average costs.  For example, Oregon Health and Science University's Doctor of Nursing Practice program in Portland carries total estimated resident costs of $103,000 to $145,000 depending on the specialty, while out-of-state students face costs as high as $150,000.[13]  Given these high costs, it is not surprising that approximately 28% of all student borrowers take out loans in amounts that exceed the new limits.[14]  One school reports that up to

---

[10] U.S. News, *Best Public Health Schools* (2026), https://www.usnews.com/best-graduate-schools/top-health-schools/public-health-rankings?_sort=rank-asc (finding 59 of the top 224 graduate public health programs are in California, Colorado, Iowa, Massachusetts, New York, Oregon, and Rhode Island).

[11] U.S. News, *Best Audiology Programs* (2026), https://www.usnews.com/best-graduate-schools/top-health-schools/audiology-rankings?_sort=rank-asc (finding 12 of the top 74 graduate audiology programs are in California, Colorado, Iowa, Massachusetts, New York, and Oregon).

[12] Jason Bryan Ball, *New Student Loan Rules for 2026—How Degree Type Will Now Determine What You Can Borrow*, Jason Fin Tips (Nov. 21, 2025), https://jasonfintips.com/college-planning-paying-for-school-blog/new-student-loan-rules-for-2026-how-degree-type-will-now-determine-what-you-can-borrow/ [https://perma.cc/4QDR-DMA8].

[13] OHSU, *Nursing Program Costs*, https://www.ohsu.edu/school-of-nursing/tuition-and-fees [https://perma.cc/59MY-WGXY] (listing total resident program costs ranging from $103,421 for the Adult Gerontology Acute Care Nurse Practitioner D.N.P. to $145,464 for the Nurse Anesthesia D.N.P.).

[14] Am. Council on Educ., *Graduate and Professional Student Loan Limits Under OBBB*, https://www.acenet.edu/Documents/TPs-OBBB-Loan-Limits-2026.pdf [https://perma.cc/5B64-H383].

68% of its students in affected degree programs have loans that exceed the new caps.[15]  Current

analyses estimate the gaps in funding for nursing, physical therapy, and physician assistant

studies alone to be around $10,000 to $80,000 as a result of the Final Rule.[16]  That means that in

some cases, students pursuing these degrees will need to finance as much as a year's worth of

tuition and housing without any federal assistance.

The practical effect of the Final Rule will be to deter residents in amici jurisdictions and

across the nation from pursuing degrees in fields now deemed "non-professional."  Nursing

students, one of the groups most affected by the Final Rule, already have indicated that the rule

will diminish their likelihood of pursuing graduate nursing degrees.[17]  Graduate nursing

programs require clinical rotations that often compel students to leave full-time employment,

leaving students dependent on loans or alternative funding sources.[18]  Nearly 60% of nurses

without a master's or doctorate polled in a March 2026 study indicated they were less likely to

pursue a graduate degree as a result of the new federal lending caps.[19]  Nurses polled also

indicated that the Final Rule would result in "[l]ess availability of student loans for

underprivileged persons" and "less diversity due to less accessibility."[20]  Among nursing

---

[15] Rebecca Carballo, *Why Trump's Student Loan Revamp Might Lead to More College Debt*, Politico (Mar. 5, 2026), https://www.politico.com/news/2026/03/05/private-lenders-student-loan-debt-rules-00798333 [https://perma.cc/QS7N-7E95].

[16] Jason Bryan Ball, *New Student Loan Rules for 2026—How Degree Type Will Now Determine What You Can Borrow*, *supra* note 12.

[17] *Id*.

[18] Angelina Walker, *3K+ Nurses Have Spoken Up During the DoED Public Comment Period— Here's What They're Saying,* Nurse.org (Feb. 10, 2026), https://nurse.org/news/doed-loan-caps-nursing-comments-analysis/ [https://perma.cc/R39N-RFJQ].

[19] Angelina Walker, Poll: *59% of Nurses 'Less Likely' to Seek Graduate Degree Because of DoED Loan Policy*, Nurse.org (Mar. 2, 2026), https://nurse.org/news/nurses-react-doe-loan-limit-change-poll-results/ [https://perma.cc/6BM2-2PGK] (2% of the polled nurses had received a Doctor of Nursing Practice or a Nurse Practitioner degree).

[20] *Id*.

students currently pursuing graduate degrees, 82% reported that the annual lending cap will negatively impact their ability to continue financing their education, and 81% reported the same for the lifetime lending cap.[21]

Institutional leaders share these concerns.  Deans from more than 450 member schools in the American Association of Colleges of Nursing echoed the sentiments nurses and graduate nursing students have expressed, with over 70% stating that the new annual and lifetime loan caps will negatively impact post-baccalaureate enrollment.[22]  At least 77% of the polled deans reported that the new loan caps will negatively impact faculty, including because there will be fewer graduate-level-educated nurses to fill faculty teaching roles.[23]  Worse still, 71% anticipate that the loan caps will negatively impact undergraduate enrollment in nursing programs,[24] meaning the deterrent impact of the Final Rule will extend beyond the affected graduate degree programs and will trickle downstream.

Though not yet in effect, the specter of the Final Rule is already dissuading students and causing them to choose to forego affected programs.  For example, Ben Pinckney, a New York college graduate and veteran, reports that for years he dreamed of becoming a physician assistant ("PA") after an emergency room PA saved his life when he was the victim of a shooting.[25]  The

---

[21] Am. Ass'n of Colls. of Nursing, *Assessing the Impact of Federal Loan Limits on Post-Baccalaureate Nursing Education: Perspectives from Deans and Students* (Dec. 2025), https://www.aacnnursing.org/Portals/0/PDFs/Data/AACN-Data-Loan-Cap-Survey-Report-December-2025.pdf [https://perma.cc/KUW7-5692].  Although the Final Rule does not apply to students who are enrolled in a program and borrowed financial aid as of June 30, 2026, it does apply if a student withdraws for any period of time, or if a student transfers, even to the "same program of study" at a "different institution."  91 Fed. Reg. 23,814.

[22] *Id*.

[23] *Id*.

[24] *Id*.

[25] Arthur Jones II, *Healthcare Groups Sue Trump Administration Over Student Loan Caps*, ABC News (Jun. 3, 2026), https://abcnews.com/Politics/healthcare-groups-sue-trump-administration-student-loan-caps/story?id=133522818 [https://perma.cc/4U44-BQJA].

Final Rule dashed that dream.  Pinckney has not enrolled in a PA program and is "struggling to find an affordable graduate school within the student loan caps."[26]  As Pinckney sees it, the Final Rule should be "more about helping providers or potential providers get the schooling they need, so that we can go into the communities that we want to go into and help those people."[27] Instead, the likely effect of the Final Rule is that education and careers in the affected degrees will be most accessible to higher-means students who can afford not to rely on private lenders to cover funding gaps.[28]  Lower-income students will be forced to obtain private and higher interest loans, or may have to forego graduate education altogether, particularly when the student does not have a strong enough credit score or history to obtain private financing or access to a willing co-signer for a private loan.[29]  Notably, 38% of graduate students nationwide lack a high enough credit score to qualify for loans with most private lenders.[30]

Ultimately, the Final Rule will render affected degrees cost-prohibitive for many would-be students.  Financial means—rather than aptitude, drive, or commitment—will dictate who may serve their communities through these vital careers.

### B.      The Final Rule Will Exacerbate Existing Worker Shortages in Critical Industries

The Final Rule makes many critical fields inaccessible to students at a time when the country is already facing shortages in these careers.  As a strong deterrent against the pursuit of degrees in these fields, the Final Rule will worsen existing shortages and will negatively impact

---

[26] *Id.*

[27] *Id.*

[28] Rebecca Carballo, *Why Trump's Student Loan Revamp Might Lead to More College Debt*, *supra* note 15 (reporting statement from President of Lawrence Technological University in Michigan, "If [the current caps] stand, my guess is that many of these professional programs are going to be for the rich people who can actually afford it without getting a loan.").

[29] *Id.*

[30] *Id.*

critical services that amici require to protect the health, safety, and wellness of their constituents.

        1.     <u>Nursing</u>

Nationally, there is a severe and worsening shortage of nurses that directly threatens the health and well-being of people across the country. Nearly every region in the country currently has a shortage of nurses.[31] Even without the Final Rule, this shortage is expected to worsen in the future because the nursing field has a high turnover rate and is sustained by an aging workforce, with more than 1 million nurses expected to retire by 2032.[32] Forecasts predict a shortage of more than 400,000 nursing professionals by 2032, driven by an aging population requiring more care, increasing regulatory requirements, expected retirements, and an insufficient pipeline of new graduates.[33] California in particular has one of the largest shortfalls of full-time nurses and is expected to be able to meet only 78 percent of its need within the next twelve years.[34] Across the country, hospitals experiencing acute nursing shortages are closing or partially modifying services due to lack of staffing.[35] When nursing positions go unfilled, patient wait times increase, care quality deteriorates, and preventable adverse outcomes increase.[36]

---

[31] Matt Vera, *Nursing Shortage 2025: Safe Staffing Impact in the U.S. and the World,* Nurseslabs (Aug. 18, 2025), https://nurseslabs.com/nursing-shortage/ [https://perma.cc/7YAP-5Y3L].

[32] Nicole Smith, Martin Der Werf, Madeleine Adelson, & Jeff Strohl, *Falling Behind: How Skills Shortages Threaten Future Jobs*, Georgetown Univ. Ctr. on Educ. & Workforce (2025), https://cew.georgetown.edu/wp-content/uploads/cew-falling_behind-fr.pdf [https://perma.cc/SDQ4-9GPC] (estimating a shortage of 362,000 nurses and 42,000 licensed practical nurses by 2032).

[33] *Id*.; Matt Vera, *Nursing Shortage 2025: Safe Staffing Impact in the U.S. and the World, supra* note 31.

[34] Nat'l Ctr. for Health Workforce Analysis, *Nurse Workforce Projections, 2033-2038* (Dec. 2025), https://bhw.hrsa.gov/sites/default/files/bureau-health-workforce/data-research/nursing-projections-factsheet.pdf [https://perma.cc/XG9V-9WXD].

[35] Matt Vera, *Nursing Shortage 2025: Safe Staffing Impact in the U.S. and the World, supra* note 31.

[36] *Id*.

One of the most critical nursing positions facing shortages is that of nurse practitioners. Nurse practitioners require either a Master of Science in Nursing or a Doctor of Nursing Practice.[37]  Nurse practitioner positions are specialized roles capable of conducting advanced assessment, diagnostic reasoning, and medical management of chronic diseases like diabetes, asthma, and hypertension that affect hundreds of millions of Americans.[38]  Over 50% of primary care practices across the country employ nurse practitioners.[39]  And in many healthcare systems, nurse practitioners function as primary care or specialty providers alongside physicians, serving as essential healthcare access points for patients.[40]  There is an anticipated shortage of 26,100 nurse practitioners nationwide by 2032.[41]  The impact of this shortage will be felt most acutely in low-income and rural communities, where nurse practitioners disproportionately serve as primary care providers.[42]

By discouraging prospective students from pursuing advanced nursing degrees, the Final Rule will entrench and exacerbate healthcare shortages at a time when the nation can least afford them.  Amici, many of whom operate public health systems, will directly feel the downstream consequences of a smaller and more competitive labor market.  And amici's residents will experience diminished healthcare access, longer wait times, and reduced quality of care, particularly in underserved communities that depend most heavily on public health systems.  *See*

---

[37] Nurse.com, *How to Become a Nurse Practitioner* (Mar. 2, 2026), https://www.nurse.com/nursing-resources/how-to-guides/how-to-become-a-nurse-practitioner/ [https://perma.cc/V6XW-TSBL].

[38] *Id.*

[39] Austin Littrell, *Nurse Practitioners Are Key to Accessible Primary Care,* Med. Econ. (Feb. 28, 2025), https://www.medicaleconomics.com/view/nurse-practitioners-fill-gaps-in-primary-care-access [https://perma.cc/JHY4-NZ4C].

[40] Nurse.com, *How to Become a Nurse Practitioner*, *supra* note 37.

[41] Nicole Smith, et al, *Falling Behind: How Skills Shortages Threaten Future Jobs*, *supra* note 32.

[42] Austin Littrell, *Nurse Practitioners Are Key to Accessible Primary Care, supra* note 39.

*infra* Parts II.B and C.

### 2. Education

Master's degrees in school psychology and school counseling prepare professionals to provide much-needed counseling and psychological services to primary and high school students, academic planning, and college readiness counseling, among other functions.[43]  The U.S. Bureau of Labor Statistics expects growth in future need and demand for services in both fields, despite existing shortages in these professions.[44]  For school counselors, current forecasts predict that there will be a shortage of 39,680 professionals by 2038.[45]  There are severe shortages of school psychologists nationwide as well.  For the 2024 to 2025 academic school year, the national ratio of students per school psychologist was 1,071 to one.[46]  High ratios not only reduce overall capacity to help students, but also narrow the services school psychologists can provide to addressing the most acute needs of the students most in need, preventing these professionals from helping with schoolwide consultations and systems-level support.[47]

A reduction in the number of school counselors and psychologists will have immeasurable impacts on students in amici's jurisdictions and nationwide.  High school students in particular experience dramatic advantages when they have access to qualified school counselors and psychologists who can help them decide what career to pursue after graduation

---

[43] Bouve Commc'ns, *School Psychology v. School Counseling: What's the Difference?* (May 29, 2023), https://bouve.northeastern.edu/news/school-psychology-vs-school-counseling-whats-the-difference/ [https://perma.cc/GE7W-VY3N].

[44] *Id.*

[45] Health Res. & Servs. Admin., *Health Workforce Projections* (Dec. 2025), https://bhw.hrsa.gov/data-research/projecting-health-workforce-supply-demand [https://perma.cc/A2WE-VY88].

[46] Melissa A. Messer, *Artificial Intelligence in School Psychology Report Writing*, Psych. Assessment Res. (Apr. 2026), https://www.parinc.com/docs/default-source/product-resources/par_artificial-intelligence-school-psychology_white-paper.pdf [https://perma.cc/F8LU-5THG].

[47] *Id.*

and provide emotional support during this often-tumultuous time.[48]  And across all grade levels, while most students who need mental and behavioral health services do not receive them, of those who do the vast majority access those services at school.[49]  School mental health services contribute to reduced absenteeism, improved emotional and behavioral outcomes, higher academic performance, and better engagement in academic activities.[50]  Lower school counselor ratios correlate with "higher graduation rates, lower dropout rates, higher student achievement[,] and lower achievement gaps" between students of different races.[51]  A decrease in school counselors and psychologists caused by the Final Rule will deprive students in amici jurisdictions of these significant benefits.

### 3.    Social Work

Social workers are the bedrock of many crucial support services in communities nationwide.  They provide invaluable services across various fields, including mental and behavioral health, family and children's services, child welfare and protective services, school social services, and public social services.[52]  Amici rely on trained social workers to, among

---

[48] Mandy Savitz-Romer & Tara P. Nicola, *Building High-Quality School Counseling Programs to Ensure Student Success*, Ed Rsch. for Action (Jan. 2022), https://edresearchforaction.org/wp-content/uploads/EdResearch-Building-High-Quality-School-Counseling-Student-Success-_21.pdf [https://perma.cc/GSX5-LAWP].

[49] Nat'l Ass'n of Sch. Psychs., *The Impact of Federal Support for School Mental Health Services*, at 1 (2025), https://www.congress.gov/119/meeting/house/118317/documents/HHRG-119-ED00-20250604-SD003.pdf [https://perma.cc/87MR-YL8T].

[50] *Id*. at 3, 6.

[51] Carleton H. Brown & David Knight, *Staffing Schools to Support the Classroom: Examining Student-to-School-Counselor Ratios and Academic Student Outcomes in Texas*, Prof. Sch. Counseling (2023), https://www.education.uw.edu/ctp/sites/default/files/Staffing%20Schools%20to%20Support%20the%20Classroom-%20Examining%20Student-to-School-Counselor%20Ratios%20and%20Academic%20Student%20Outcomes%20in%20Texas.pdf [https://perma.cc/DW9G-PVNZ].

[52] Joy J. Kim, *The Licensed Social Work Workforce: Analysis of the 2024 Social Work Workforce Survey*, Ass'n of Soc. Work Boards (Jul. 2025), https://www.aswb.org/wp-

13

other things, support children and families dealing with abuse, neglect, or homelessness; provide mental and behavioral health services; conduct court advocacy; counsel students; and improve access to essential services.[53]

Even before the Final Rule, forecasters predicted a massive shortage of social workers nationwide.  In 2023, the U.S. Bureau of Labor Statistics predicted a deficit of nearly 75,000 social workers each year until at least 2033.[54]  Rural states and smaller cities and counties disproportionately feel the impact of these worker shortages, as areas with greater need suffer from disproportionately fewer social workers available to provide crucial support.[55]  California in particular is projected to experience more acute shortages of social workers compared to other states.[56]  The Final Rule will only serve to exacerbate these shortages, causing harm to amici's communities and communities nationwide.

4.      Long-Term Effects

The Final Rule will not only negatively impact the workforce in the short term, but also result in deleterious effects that will compound over time.  The existing supply of graduates in the affected fields is insufficient to meet workforce demand.[57]  And it is impossible to expand

---

content/uploads/2025/07/Social-Work-Workforce-Study-Series-Report-2.pdf [https://perma.cc/3JEU-7E92].

[53] Jeff Kelly, *Exploring Careers and Opportunities With a Master of Social Work Degree*, Mente Counseling (Feb. 25, 2025), https://mentecounseling.com/2025/02/exploring-careers-and-opportunities-with-a-master-of-social-work-msw-degree/ [https://perma.cc/7MS4-4B7F].

[54] Columbia Sch. of Soc. Work, *Bridging the Gap: The Urgent Need for Social Workers* (Sept. 29, 2023), https://socialwork.columbia.edu/news/bridging-gap-urgent-need-social-workers [https://perma.cc/G3E2-H9GS].

[55] *Id.*

[56] Joy J. Kim, *The Licensed Social Work Workforce: Analysis of the 2024 Social Work Workforce Survey*, *supra* note 52.

[57] *See supra* Part I.B.1–3; *see also* Los Angeles Reg'l Consortium, *From Pipeline to Pathway: Strengthening Los Angeles County's Nursing Workforce for the Future*, at 10 (Oct. 2025) https://losangelesrc.org/wp-content/uploads/2025/11/L.A.-County-Nursing-Report.pdf [https://perma.cc/7H8L-AFEG] (describing how, according to the Los Angeles Regional Consortium's Nursing 2035 Initiative, Los Angeles County faced over 9,200 unfilled nursing job

the pipeline without qualified faculty—many of whom must themselves hold the affected graduate degrees. The effects of the Final Rule will compound with each passing year, as retiring or departing professionals become harder and harder to replace, and as increasing faculty shortages further constrain educational and training capacity. The Final Rule therefore risks immediately undermining the education of professionals and future faculty in critical fields that amici rely on to provide much-needed resources and services to their constituents; and in the long term, the Final Rule promises to extract negative consequences across communities for decades to come.

## II.    THE FINAL RULE WILL HARM AMICI'S INTERESTS

The Final Rule harms amici jurisdictions in three distinct and mutually reinforcing ways. First, it threatens amici as fiscal entities whose tax base and local economy depend on their residents' earnings, business activity, and consumer activity. Second, it harms amici as large public sector employers by constricting the supply of qualified workers in critical fields, forcing local governments to compete for scarce talent on an uneven playing field. Third, it impairs amici as public service providers who rely on a highly educated workforce to deliver various and much-needed benefits throughout amici's communities.

### A.    The Final Rule Will Weaken Amici's Economic and Fiscal Base

The Final Rule threatens amici's tax revenue base and local economies by making it harder for amici's residents to pursue the impacted graduate degrees. Local governments depend on the economic productivity of their residents to fund the public services they provide. That dependence is especially consequential where, as here, amici are already navigating constrained

---

openings across registered nurse and licensed vocational nurse (LVN) roles at every education level in 2023, and noting that "[t]here are projected to be over 5,600 annual job openings for RNs over the next 10 years, but the average number of awards conferred over the past five years sits at about 4,400.").

budgets, rising service demands, and uncertain state and federal funding.

Workers with advanced degrees are an important part of amici's economies and fiscal base. Higher educational attainment is closely associated with higher earnings and lower unemployment. A recent U.S. Bureau of Labor Statistics report found that professional degree holders (as defined prior to the Final Rule) enjoy the highest median weekly earnings and the second-lowest unemployment rate among all workers.[58] The economic benefits of an advanced degree are especially prominent in the nursing field, where advanced-degree nurses earn a median annual wage of $132,050, compared to $93,600 for registered nurses and just $49,500 across all occupations.[59] For nurse anesthetists, a profession that requires a Doctor of Nursing Practice (DNP) or a Doctor of Nurse Anesthesia Practice (DNAP), both of which are impacted by the Final Rule, the earnings gap is even starker: for these professions, the median annual wages have surpassed $220,000.[60]

The broader economic and fiscal benefits of a high-earning population are well documented.[61] High-earning residents stimulate the local economy by purchasing homes, supporting local businesses, paying for services, and investing in their local communities.[62]

---

[58] *See Education Pays, Career Outlook*, U.S. Bureau of Lab. Stat. ("USBOL") (May 2025), https://www.bls.gov/careeroutlook/2025/data-on-display/education-pays.htm [https://perma.cc/4NQ6-YWNE].

[59] *See* Jeanne Whalen, *Nursing Is the Surefire New Path to American Prosperity*, Wall Street Journal (Apr. 1, 2026), https://www.wsj.com/economy/jobs/nursing-jobs-pay-prosperity-b2769391?msockid=3f7fe811ecdd66870c33ff66ed4e6788 [https://perma.cc/U58W-9ZGJ].

[60] *See* Occupational Outlook Handbook, *Nurse Anesthetists, Nurse Midwives, and Nurse Practitioners*, USBOL (Aug. 28, 2025) https://www.bls.gov/ooh/healthcare/nurse-anesthetists-nurse-midwives-and-nurse-practitioners.htm#tab-5 [https://perma.cc/7DK6-XFM9].

[61] *See Education Pays, Career Outlook*, *supra* note 58 ("As workers' educational attainment rises, their unemployment rates decrease and earnings increase.").

[62] Shane Meyers, Geoffrey D. Paulin, & Kristen Thiel, *Consumer Expenditures in 2023*, USBOL (Dec. 2024) https://www.bls.gov/opub/reports/consumer-expenditures/2023 [https://perma.cc/E3FU-J9ZX] ("Historically, income is a leading indicator of spending patterns.").

Higher-earning residents also have greater capacity to spend disposable income on local goods and services such as childcare, restaurants, retail, and healthcare.[63]  Their robust economic activity supports the public fisc—when residents earn more and spend more, local governments are better positioned to fund the public services their communities rely on.[64]

By discouraging students from entering affected graduate programs, the Final Rule threatens not only individual career advancement and the ability to achieve lifelong financial success, but also the overall consumer activity and local fiscal capacity that sustains amici's economies.

**B.**    **Amici Will Face New Challenges in Recruiting a Skilled Workforce**

Amici and other local governments already face skilled staff shortages and vacancies that threaten the continued viability of critical public service offerings.  In Los Angeles County, for example, the Department of Mental Health has 325 vacant positions for nurse practitioner, mental health, occupational therapy, and social work roles supported by graduates with the impacted degrees.  And Iowa, including Iowa City, continues to face severe shortages in healthcare professionals, worsened by limited training infrastructure and a difficulty retaining trainees in-state.[65]  The Final Rule will exacerbate the staffing challenges that amici jurisdictions face as public service employers in at least two ways.

---

[63] *See Consumer Expenditures, Economic News Release*, USBOL (Dec. 19, 2025) (average annual expenditures), https://www.bls.gov/news.release/cesan.nr0.htm [https://perma.cc/9FLD-RXRA].

[64] Christina McFarland & Michael A. Pagano, *City Fiscal Conditions*, Nat'l League of Cities (2016), https://www.nlc.org/wp-content/uploads/2016/10/City-Fiscal-Conditions-2016_1.pdf [https://perma.cc/XL38-4LYJ] ("Local income tax revenues are driven primarily by income and wages."); *Rethinking Revenue* Gov't Fin. Officers Ass'n, https://www.gfoa.org/rethinking-revenue [https://perma.cc/C6ZT-ZLJT] ("Local government revenues are crucial for funding public services like schools, roads, first responders and so many others that citizens depend on.") (last accessed Jun. 13, 2026).

[65] Iowa Dep't of Health & Hum. Servs., *Healthy Iowans* (Jun. 2025), https://hhs.iowa.gov/media/16815/download?inline [https://perma.cc/2HCW-KFBX].

First, the Final Rule discourages prospective students from pursuing careers that encourage or require an impacted degree. As discussed above, the borrowing cap will cause many aspiring professionals to abandon career paths that they otherwise would pursue.[66] Second, the Final Rule deters graduates with an impacted advanced degree from choosing to work for a public employer. Many graduates with advanced degrees choose to work for public employers because of the benefit of federal loan forgiveness after ten years of public service. If students are forced to rely on private loans to finance their degrees because of the new federal lending caps imposed by the Final Rule, they are likely to graduate with debt that is ineligible for federal public service loan forgiveness, making lower-paid public employment financially non-viable.[67] Together, these effects will shrink both the number of future professionals trained for critical public service fields on which amici depend and the number of qualified applicants willing to enter public service.

## C.    Amici's Ability to Offer the Same Level of Public Services Will Be Impaired

The economic and workforce-pipeline effects of the Final Rule will impair amici's ability to provide essential public services. Amici deliver essential services that residents rely on every day, including medical care, public health services, mental health treatment, child welfare services, and youth and senior programming, among others. Employees with graduate degrees in the impacted fields play an integral role in maintaining the public service infrastructure that keeps those programs operating. A reduced workforce pipeline will leave highly specialized positions in public health, nursing, education, psychology, and related fields unfilled, limiting local departmental capacity and making essential services harder for the public to access—

---

[66] *See, e.g.*, Angelina Walker, *Poll: 59% of Nurses 'Less Likely' to Seek Graduate Degree Because of DoED Loan Policy*, *supra* note 19.

[67] Fed. Student Aid, *When It Comes to Paying for College, Career School, or Graduate School, Federal Student Loans Can Offer Several Advantages Over Private Student Loans.*, *supra* note 3.

especially for residents with lesser means who depend most heavily on public systems for care and support.

Amici's public healthcare services in particular are likely to be affected by reductions in the supply of qualified nurses, nurse practitioners, and nurse anesthetists. As core employees within local safety-net health systems, these healthcare professionals are essential to maintaining access to care, advancing health equity, and meeting the healthcare needs of underserved populations. The New York City Health + Hospitals Corporation and Los Angeles County's Department of Health Services ("LA DHS"), for example, are the two largest public health systems in the nation, providing direct care to more than 1.5 million patients annually through local health centers, hospitals, and various community partner clinics.[68] As of June 2026, LA DHS alone employs over 900 nurses in classifications that require a Master of Science in Nursing and/or doctoral-level nursing preparation. Consistent with its mission as a safety-net provider for Los Angeles residents most in need, LA DHS serves a disproportionately high number of uninsured, underinsured, and medically underserved residents.[69] Any reduction in the availability of qualified nursing professionals has the potential to disproportionately impact the patients and communities that rely most heavily on public healthcare services, in the short and

---

[68] Cnty. of Los Angeles, *LA Health Services' Integrated Care Model Reduces Cost of Care and Treatment Burden for Patients, Study Finds*; Integrated Approach Empowers Primary Care Teams, Reduces Unnecessary Visits, and Expands Access Inside the Nation's Second-Largest Public Health System (Dec. 1, 2025), https://lacounty.gov/2025/12/01/la-health-services-integrated-care-model-reduces-cost-of-care-and-treatment-burden-for-patients-study-finds [https://perma.cc/6RV5-4RJS]; City of New York, *Preliminary Mayor's Management Report* at 165 (Mar. 2026),
https://www.nyc.gov/assets/operations/downloads/pdf/pmmr2026/2026_pmmr.pdf [https://perma.cc/3PPU-V576].

[69] Health Servs. Los Angeles Cnty., *Who We Serve*, https://dhs.lacounty.gov/who-we-are/who-we-serve [https://perma.cc/LD7R-CFWX] ("We proudly care for everyone, including those who are uninsured, enrolled in Medicaid, experiencing homelessness, or involved in the justice system.") (last accessed Jun. 14, 2026).

long term.

Similarly, the ability of municipal and county public health departments in some of amici's jurisdictions to serve amici's residents will be adversely impacted by the Final Rule. Los Angeles County's Department of Public Health, for example, serves more than 10 million residents and performs population-wide functions such as preventing diseases, responding to outbreaks and emergencies, and ensuring food and water safety.[70] Fewer graduating public health professionals will negatively impact the scope of vital services public health departments can continue to offer.

The same is true for amici's services that support students and educational institutions. Local governments and county offices of education rely on graduate-trained student support professionals including school counselors and psychologists to help students overcome barriers to learning and well-being. With already constrained budgets and stretched resources, any negative impact to the workforce in these fields will reduce amici's ability to provide the necessary services its youth need to become confident and capable adults who can contribute to amici's communities in the future and who will be the backbone for amici's future success. The resulting harm will be felt most heavily by students and families who rely on public schools and county education systems as their primary point of access to social services.

Unfortunately, the full extent of likely harm and damage to amici's services is difficult to measure at this stage because the Final Rule does not identify every degree program that will be affected. The affected degrees may reach well beyond healthcare, public health, education, and social work, implicating the graduate-trained professionals who help local governments

---

[70] *See* Los Angeles Cnty. Dep't of Pub. Health, *Welcome to the Los Angeles County Department of Public Health* (last accessed June 13, 2026), http://publichealth.lacounty.gov/media/director [https://perma.cc/EG9Q-9EF3].

administer public benefits, provide behavioral-health and social-service supports, and plan for safe, equitable, and sustainable communities.  That uncertainty is itself harmful, as local governments and municipal health corporations cannot adequately plan for projected hiring challenges and are left to speculate about the Final Rule's potential impact across a wide range of departments and classifications.

**CONCLUSION**

For the reasons stated above, amici respectfully request that the Court grant Plaintiffs' motion for a stay of agency action and preliminarily enjoin the Final Rule.

Dated:  June 17, 2026

Respectfully submitted,

/s/ *Shruti Kannan*
Shruti Kannan (D.C. Bar No. 90006641)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC  20006-4061
Telephone:      +1 202 383 5300
skannan@omm.com

*and*

Daniel R. Suvor (*pro hac vice* application pending)
Kelsey A. Chandrasoma (*pro hac vice* application pending)
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, California 90071
Telephone:      +1 213 430 6000
dsuvor@omm.com
kchandrasoma@omm.com

Attorneys for *Amicus Curiae* County of Los Angeles, California

APPENDIX A

DANIEL R. SUVOR (*pro hac vice* application pending)
KELSEY CHANDRASOMA (*pro hac vice* application pending)
SHRUTI KANNAN
O'MELVENY & MYERS LLP
400 South Hope Street
19th Floor
Los Angeles, CA 90071
*Counsel for County of Los Angeles, CA*

MIKE FIRESTONE
Corporation Counsel
One City Hall Square
Room 615
Boston, MA 02201
*Attorney for City of Boston, MA*

BEN PEARLMAN
County Attorney
1325 Pearl Street, 5th Floor
Boulder, CO 80302
*Attorney for County of Boulder, CO*

MEGAN B. BAYER
City Solicitor
City of Cambridge Law Department
City Hall, 795 Massachusetts Avenue,
Cambridge, MA 02139
*City Solicitor for City of Cambridge, MA*

ERIC R. GOERS
City Attorney
410 East Washington Street
Iowa City, IA 52240
*Attorney for City of Iowa City, IA*

STEVEN BANKS
Corporation Counsel of the City of New York
100 Church Street
New York, New York 10007
*Counsel for City of New York*

ROBERT TAYLOR
Portland City Attorney
1221 SW Fourth Avenue, Room 430
Portland, OR 97204
*Attorney for City of Portland, OR*

JEFFREY DANA
City Solicitor
444 Westminster Street, Ste. 220
Providence, RI 02903
*Attorney for City of Providence, RI*

HEATHER FERBERT
San Diego City Attorney
1200 Third Avenue, Suite 1100
San Diego, CA 92101
*Attorney for City of San Diego, CA*

DAVID CHIU
City Attorney
City Hall Room 234
One Dr. Carlton B. Goodlett Place
San Francisco, CA 94102
*Attorney for City and County of San Francisco, CA*

23

TONY LOPRESTI
County Counsel
70 W. Hedding Street
San Jose, CA 95110
*Attorney for County of Santa Clara, CA*

STEVEN BANKS
Corporation Counsel of the City of
New York
100 Church Street
New York, New York  10007
*Counsel for New York City Health +
Hospitals Corporation*

RYAN RICHARDSON
Oakland City Attorney
1 Frank Ogawa Plaza, 6th Floor
Oakland, CA 94612
*Counsel for Oakland City Attorney's
Office*

**CERTIFICATE OF COMPLIANCE**

I hereby certify that this brief complies with the requirements set forth in Local Rule 7(o)(4) because it does not exceed 25 pages.  I also certify that the attached amicus brief complies with the typeface and style requirements of Local Rule 5.1(d) because it has been prepared in a proportionally spaced typeface using Microsoft Word and 12-point Times New Roman font for the brief text and footnotes.

Dated:  June 17, 2026

Respectfully submitted,

/s/ *Shruti Kannan*
Shruti Kannan (D.C. Bar No. 90006641)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC  20006-4061
Telephone:     +1 202 383 5300
skannan@omm.com

25