**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN ASSOCIATION OF NURSE PRACTITIONERS, *et al.*, | |
| Plaintiffs, | Civil Action No. 26-1780 (BAH) |
| v. | Judge Beryl A. Howell |
| LINDA MCMAHON, in her official capacity as Secretary of the United States Department of Education, *et al.*, | |
| Defendants. | |

| | |
|---|---|
| PA EDUCATION ASSOCIATION, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 26-1941 (BAH) |
| | Judge Beryl A. Howell |
| UNITED STATES DEPARTMENT OF EDUCATION, *et al.*, | |
| Defendants. | |

**<u>ORDER</u>**

Upon consideration of the Motion for Stay under 5 U.S.C. § 705 and for Preliminary Injunction filed by plaintiffs American Association of Nurse Practitioners *et al.* ("*AANP* plaintiffs"), *see* No. 26-cv-1780, ECF No. 4, and the Motion and Memorandum in Support of Plaintiffs' Motion for Preliminary Injunction filed by plaintiffs PA Education Association *et al.* ("*PA* plaintiffs"), *see* No. 26-cv-1941, ECF No. 7, the memoranda and supplemental memoranda and declarations and exhibits attached thereto, in support and opposition, and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby—

1

**ORDERED** that *AANP* plaintiffs' motion and *PA* plaintiffs' motion are **GRANTED IN PART** and **DENIED IN PART**; it is further

**ORDERED** that part (i) of the Department of Education's definition of "professional degree" in the Final Rule ("Rule") titled Reimagining and Improving Student Education—Federal Student Loan Program Final Regulations, 91 Fed. Reg. 23768, 23882 (May 1, 2026) (to be codified at 34 C.F.R. § 685.102(b)), and the additional requirement found in the preamble to the Rule that professional degrees cannot "lead[] to employment that ordinarily must be supervised by a licensed professional in a different occupation and cannot be performed independently," *id.* at 23787, is preliminarily **SET ASIDE** and **STAYED** pursuant to 5 U.S.C. § 705; it is further

**ORDERED** that *PA* plaintiffs' request to also set aside and stay part (ii) of the Department's definition of "professional degree" in the Rule pursuant to 5 U.S.C. § 705 is **DENIED**; it is further

**ORDERED** that *AANP* plaintiffs' request to "enjoin[] the Department from enforcing the statutory caps on the availability of federal student loans that apply to students pursuing 'graduate' and 'professional degrees,' 20 U.S.C. § 1087e(a)(4), until the Department promulgates a new rule defining 'professional degree' consistent with its statutory obligations," *see* [Proposed] Order, ECF No. 4-9, No. 26-cv-1780, is **DENIED**; and it is further

**ORDERED** that *PA* plaintiffs' request to "order[] the Department to treat existing and entering Physician Associate/Physician Assistant students, including those returning after a deferral or a break in their education, as 'professional students' for the purpose of access to the higher student loan limits available to students so designated in the statute," [Proposed] Order on Pls.' Mot. for Preliminary Injunction, ECF No. 7-11, No. 26-cv-1941, is **DENIED**; and it is further

**ORDERED** that parties, by July 2, 2026, submit jointly a status report with a proposed schedule governing further proceedings in this matter, including the filing of the administrative record.

This Order shall remain in effect until further order of the Court.

**SO ORDERED**.

Date: June 24, 2026

_____
**BERYL A. HOWELL**
United States District Judge