**THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN ASSOCIATION OF NURSE PRACTITIONERS, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>LINDA MCMAHON, *in her official capacity as Secretary of the United States Department of Education, et al.*,<br><br>    *Defendants*. | No. 1:26-cv-1780 (BAH) |
| PA EDUCATION ASSOCIATION, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION*, et al.*,<br><br>    *Defendants*. | No. 1:26-cv-1941 (BAH) |

**NOTICE OF DEPARTMENT ACTION**

For the Court's awareness, the Department reports that it has published technical guidance for institutions regarding the classification of degree programs for the duration of this Court's stay. That guidance is attached to this notice.

Dated: June 29, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MICHELLE BENNETT
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Christian Dibblee*
CHRISTIAN DIBBLEE (D.C. Bar No. 90002557)
KATHRYN L. ALKIRE (FL Bar No. 1050146)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 353-5980
Email: Christian.R.Dibblee@usdoj.gov

*Counsel for Defendants*