**UNITED STATES DISTRICT COURT**
**THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN ASSOCIATION OF NURSE PRACTITIONERS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LINDA MCMAHON, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-01780 |

**JOINT MOTION FOR EXTENSION OF TIME**

On June 24, 2026, the Court entered an order and memorandum opinion granting in part and denying in part Plaintiffs' motions for preliminary relief and directing the parties to jointly propose a briefing schedule by July 2, 2026. ECF Nos. 45, 46. On June 29, 2026, Defendants filed a Notice of Department Action of the publication of "technical guidance for institutions regarding the classification of degree programs for the duration of this Court's stay." ECF No. 47. That guidance identifies a list of Classification of Instructional Programs (CIP) Codes that it designates as professional degree programs for reporting student loan originations and disbursements, and a list of CIP Codes that it designates as non-professional degree programs for that purpose. ECF No. 47-1. To the *AANP* Plaintiffs' understanding, these lists do not appear to cover all of *AANP* Plaintiffs' relevant degree programs, including advanced nursing degrees that can be earned in other CIP Codes that are not listed. Plaintiffs have accordingly reached out to counsel for the government to seek clarification as to whether the list is exhaustive, whether it will be updated, and how to interpret it. The *PA* Plaintiffs have also asked the Department, and await a response, on the scope of the Department's guidance as to Physician

Associates/Assistants. Counsel for the government is consulting with their clients, and those discussions are ongoing as the Department of Education actively considers updates to the technical guidance.

In light of the foregoing, the parties jointly request a one-week extension of the deadline to submit a proposed briefing schedule to allow the parties to complete their discussions regarding the Department's June 29, 2026, guidance and assess its impact on the appropriate schedule for further proceedings.

Dated: July 2, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MICHELLE BENNETT
Assistant Branch Director
Federal Programs Branch

*/s/ Christian Dibblee*
CHRISTIAN DIBBLEE
KATHRYN L. ALKIRE
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 353-5980
Email: Christian.R.Dibblee@usdoj.gov

*Counsel for Defendants*

*/s/ Paul D. Cullen, Jr.*
Paul D. Cullen, Jr. / Bar No. 463759
Kathleen Balthrop Havener / Bar No. 432638
The Cullen Law Firm, PLLC
1101 30th Street

/s/ *Joel McElvain*
Joel McElvain (DC Bar No. 448431)
Elena Goldstein (DC Bar No. 90034087)
Tsuki Hoshijima (DC Bar No. 90043312)
Ryan Cooper (DC Bar No. 1645301)
Jennie L. Kneedler (DC Bar No. 500261)
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
jmcelvain@democracyforward.org
egoldstein@democracyforward.org
thoshijima@democracyforward.org
rcooper@democracyforward.org
jkneedler@democracyforward.org

/s/ Daniel F. Jacobson
Daniel F. Jacobson (DC Bar No. 1016621)
Lynn D. Eisenberg (DC Bar No. 1017511)
Nina C. Cahill (DC Bar No. 1735989)
Jacobson Lawyers Group PLLC
5100 Wisconsin Ave N.W., Suite 301
Washington, DC 20016
(301) 823-1148

dan@jacobsonlawyersgroup.com

Suite 500
Washington, DC 20007
202-298-4775
kathleen@cullenlaw.com
202-298-4774
paul@cullenlaw.com

*Counsel for Plaintiffs*
*PA Education Association and*
*American Academy of Physician Associates*

lynn@jacobsonlawyersgroup.com
nina@jacobsonlawyersgroup.com

*Counsel for American Association of Nurse*
*Practitioners, et al., Plaintiffs*