**THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN ASSOCIATION OF NURSE PRACTITIONERS, *et al.*, <br><br>     *Plaintiffs*, <br><br>   v. <br><br> LINDA MCMAHON, *in her official capacity as Secretary of the United States Department of Education, et al.*, <br><br>     *Defendants*. | No. 1:26-cv-1780 (BAH) |
| PA EDUCATION ASSOCIATION, *et al.*, <br><br>     *Plaintiffs*, <br><br>   v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION*, et al.*, <br><br>     *Defendants*. | No. 1:26-cv-1941 (BAH) |

**JOINT MOTION FOR EXTENSION OF TIME**

On June 24, 2026, the Court entered an order and memorandum opinion granting in part and denying in part Plaintiffs' motions for preliminary relief and directing the parties to jointly propose a briefing schedule by July 2, 2026. ECF Nos. 45, 46. On June 29, 2026, Defendants filed a Notice of Department Action of the publication of "technical guidance for institutions regarding the classification of degree programs for the duration of this Court's stay." ECF No. 47. That guidance identifies a list of Classification of Instructional Programs (CIP) Codes that it designates as professional degree programs for reporting student loan originations and disbursements, and a list of CIP Codes that it designates as non-professional degree programs for that purpose. ECF No. 47-1. The Department further reported in a joint motion that it was "actively consider[ing] updates to the technical guidance." ECF No. 48 at 2.

The Department anticipates issuing that guidance in the coming days. Accordingly, the parties jointly seek a one-week extension of the deadline—*i.e.*, until July 16, 2026—to submit a proposed briefing schedule to allow the parties to assess the forthcoming updated guidance and its impact on the appropriate schedule for further proceedings.

Dated: July 9, 2026

Respectfully submitted,

| | |
|---|---|
| BRETT A. SHUMATE | /s/ *Joel McElvain* |
| Assistant Attorney General | Joel McElvain (DC Bar No. 448431) |
| Civil Division | Elena Goldstein (DC Bar No. 90034087) |
| | Tsuki Hoshijima (DC Bar No. 90043312) |
| MICHELLE BENNETT | Ryan Cooper (DC Bar No. 1645301) |
| Assistant Branch Director | Jennie L. Kneedler (DC Bar No. 500261) |
| Federal Programs Branch | P.O. Box 34553 |
| | Washington, DC 20043 |
| /s/ *Christian Dibblee* | (202) 448-9090 |
| CHRISTIAN DIBBLEE | jmcelvain@democracyforward.org |
| KATHRYN L. ALKIRE | egoldstein@democracyforward.org |
| Trial Attorneys | thoshijima@democracyforward.org |

1

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 353-5980
Email: Christian.R.Dibblee@usdoj.gov

*Counsel for Defendants*

/s/ Paul D. Cullen, Jr.
Paul D. Cullen Jr. / Bar No. 463759
Kathleen Bishop Havener / Bar No. 432638
The Cullen Law Firm, PLLC
1101 30th Street
Suite 500
Washington, DC 20007
202-298-4775
kathleen@cullenlaw.com
202-298-4774
paul@cullenlaw.com

*Counsel for Plaintiffs*
*PA Education Association and*
*American Academy of Physician Assistants*

rcooper@democracyforward.org
jkneedler@democracyforward.org


/s/ Daniel F. Jacobson
Daniel F. Jacobson (DC Bar No. 1016621)
Lynn D. Eisenberg (DC Bar No. 1017511)
Nina C. Cahill (DC Bar No. 1735989)
Jacobson Lawyers Group PLLC
5100 Wisconsin Ave N.W., Suite 301
Washington, DC 20016
(301) 823-1148

dan@jacobsonlawyersgroup.com
lynn@jacobsonlawyersgroup.com
nina@jacobsonlawyersgroup.com


*Counsel for American Association of Nurse*
*Practitioners, et al., Plaintiffs*

2