**THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN ASSOCIATION OF NURSE PRACTITIONERS, *et al.*,<br><br>          *Plaintiffs*,<br><br>    v.<br><br>LINDA MCMAHON, *in her official capacity as Secretary of the United States Department of Education, et al.*,<br><br>          *Defendants*. | No. 1:26-cv-1780 (BAH) |
| PA EDUCATION ASSOCIATION, *et al.*,<br><br>          *Plaintiffs*,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION*, et al.*,<br><br>          *Defendants*. | No. 1:26-cv-1941 (BAH) |

**[PROPOSED] ORDER**

Upon consideration of the Joint Motion for Extension of Time, it is **ORDERED** that the parties shall submit jointly a status report with a proposed schedule governing further proceedings in this matter, including the filing of the administrative record, by July 16, 2026.

**SO ORDERED.**

Dated: _____

_____
BERYL A. HOWELL
United Stated District Judge