**THE UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN ASSOCIATION OF NURSE PRACTITIONERS, *et al.*, | |
| *Plaintiffs*, | No. 1:26-cv-1780 (BAH) |
| v. | |
| LINDA MCMAHON, *in her official capacity as Secretary of the United States Department of Education, et al.*, | |
| *Defendants*. | |

| | |
|---|---|
| PA EDUCATION ASSOCIATION, *et al.*, | |
| *Plaintiffs*, | |
| v. | No. 1:26-cv-1941 (BAH) |
| UNITED STATES DEPARTMENT OF EDUCATION*, et al.*, | |
| *Defendants*. | |

**<u>NOTICE OF UPDATED DEPARTMENT ACTION</u>**

For the Court's awareness, the Department reports that it has updated the technical guidance previously published on June 29, 2026.  The Department further reports that, for the duration of the Court's stay order in this case, it will grant requests from institutions to treat as awarding professional degrees programs that offer a physician assistant degree within CIP code 51.0912, provided that the degree is equivalent to the degrees listed in the updated guidance's parenthetical for that CIP code.  The updated guidance is attached to this notice.

Dated: July 10, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MICHELLE BENNETT
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Christian Dibblee*
CHRISTIAN DIBBLEE (D.C. Bar No. 90002557)
KATHRYN L. ALKIRE (FL Bar No. 1050146)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 353-5980
Email: Christian.R.Dibblee@usdoj.gov

*Counsel for Defendants*