**UNITED STATES DISTRICT COURT**
**THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN ASSOCIATION OF NURSE PRACTITIONERS, *et al.*,<br><br>                    *Plaintiffs*,<br><br>        v.<br><br>LINDA MCMAHON, *in her official capacity as Secretary of the United States Department of Education, et al.*,<br><br>                    *Defendants*. | Case No. 1:26-cv-1780 (BAH) |
| PA EDUCATION ASSOCIATION, *et al.*,<br><br>                    *Plaintiffs*,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION*, et al.*,<br><br>                    *Defendants*. | Case No. 1:26-cv-1941 (BAH) |

**JOINT STATUS REPORT**

On June 24, 2026, the Court entered an order granting in part and denying in part Plaintiffs' motions for preliminary relief and directing the parties to jointly propose a briefing schedule. Pursuant to that order, the parties propose the following schedule to govern further proceedings in these cases:

- Any supplemental or amended complaints are due Thursday, July 30;

- The government is required to produce the administrative record with respect to the final rule at issue in this case, 91 Fed. Reg. 23,768 (May 1, 2026), by Friday, September 4.

- If Plaintiffs amend their complaints to challenge the Department's June 29, 2026, technical guidance document, ECF No. 47-2; and the Department's July 10, 2026, updated technical guidance document, ECF No. 50-2, the government is also required to produce by Friday, September 4 any non-privileged documents considered by the agency when issuing.  The government will produce these documents to further an efficient briefing schedule and resolution of these actions.  By producing these documents, however, the government does not concede that either the June 29 guidance or the July 10 updated guidance are judicially reviewable under the Administrative Procedures Act. Plaintiffs maintain that the technical guidance documents are reviewable under the APA, believe the government should produce the full administrative record for the guidance documents, and reserve the right to challenge the adequacy of the government's production related to the guidance documents.

- Plaintiffs' motions for summary judgment are due Friday, October 2;

- Defendants' cross-motions for summary judgment are due Friday, November 6;

- Plaintiffs' replies are due Friday, November 20;

- Defendants' replies are due Friday, December 4.

Plaintiffs reserve the right to seek a modification to the scheduling order in the event that the Department of Education issues any new guidance relevant to the issues in this litigation. Defendants reserve the right to seek a modification to the scheduling order once they have a chance to review any amended/supplemental complaint(s) filed by Plaintiffs or if Plaintiffs challenge the adequacy of the government's production related to the guidance documents.

In addition, the parties request that the scheduling order entered by the Court include the following provisions:

- Defendants may defer responding to the complaints until after the Court's ruling on the forthcoming summary-judgment motion(s), to the extent a response is necessary;

- Because judicial review in this case will be based on the administrative record, the Parties shall dispense with Local Rule 7(h)'s requirement that a motion for summary judgment "shall be accompanied by a statement of material facts as to which the moving party contends there is no genuine issue," *see* Local Rule 7(h)(2);

Dated: July 16, 2026

<table>
<tr><td></td><td>Respectfully submitted,</td></tr>
<tr><td>BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division</td><td>/s/ <em>Joel McElvain</em><br>Joel McElvain (DC Bar No. 448431)<br>Elena Goldstein (DC Bar No. 90034087)<br>Tsuki Hoshijima (DC Bar No. 90043312)</td></tr>
<tr><td>MICHELLE BENNETT<br>Assistant Branch Director<br>Federal Programs Branch</td><td>Ryan Cooper (DC Bar No. 1645301)<br>Jennie L. Kneedler (DC Bar No. 500261)<br>P.O. Box 34553<br>Washington, DC 20043</td></tr>
<tr><td>/s/ <em>Christian Dibblee</em><br>CHRISTIAN DIBBLEE</td><td>(202) 448-9090<br>jmcelvain@democracyforward.org</td></tr>
</table>

KATHRYN L. ALKIRE
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 353-5980
Email: Christian.R.Dibblee@usdoj.gov

*Counsel for Defendants*


/s/ Paul D. Cullen, Jr.
Paul D. Cullen Jr. / Bar No. 463759
Kathleen Bishop Havener / Bar No. 432638
The Cullen Law Firm, PLLC
1101 30th Street
Suite 500
Washington, DC 20007
202-298-4775
kathleen@cullenlaw.com
202-298-4774
paul@cullenlaw.com

*Counsel for Plaintiffs*
*PA Education Association and*
*American Academy of Physician Assistants*

egoldstein@democracyforward.org
thoshijima@democracyforward.org
rcooper@democracyforward.org
jkneedler@democracyforward.org


/s/ Daniel F. Jacobson
Daniel F. Jacobson (DC Bar No. 1016621)
Lynn D. Eisenberg (DC Bar No. 1017511)
Nina C. Cahill (DC Bar No. 1735989)
Jacobson Lawyers Group PLLC
5100 Wisconsin Ave N.W., Suite 301
Washington, DC 20016
(301) 823-1148
dan@jacobsonlawyersgroup.com
lynn@jacobsonlawyersgroup.com
nina@jacobsonlawyersgroup.com


*Counsel for Plaintiffs American Association of*
*Nurse Practitioners, et al.*