**UNITED STATES DISTRICT COURT**
**THE DISTRICT OF COLUMBIA**

AMERICAN ASSOCIATION OF NURSE
PRACTITIONERS, *et al.*,

        Plaintiffs,

v.

LINDA MCMAHON, *et al.*,

        Defendants.

Case No. 1:26-cv-01780

Consolidated with
Case No. 1:26-cv-01941

**[PROPOSED] ORDER**

Having reviewed the unopposed motion for leave to file an amended and supplemental complaint filed by the plaintiffs in Case No. 1:26-cv-01780, that motion is hereby **GRANTED.** The Clerk is directed to file the amended and supplemental complaint on the docket.

**SO ORDERED.**

Dated: _____, 2026

_____
**THE HON. BERYL A. HOWELL**
**U.S.  DISTRICT JUDGE**