IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERICAN ASSOCIATION OF NURSE PRACTITIONERS, et al.,** | **Case No. 26-cv-01780-BAH** |
| **Plaintiffs,** | **consolidated with**<br>**Case No. 26-cv-01941-BAH** |
| **v.** | |
| **LINDA MCMAHON, et al.,**<br>**Defendants.** | **Paul D. Cullen, Jr. / Bar No. 463759**<br>**Kathleen Balthrop Havener / Bar No. 432638**<br>**The Cullen Law Firm, PLLC 1101 30th Street, Suite 500**<br>**Washington, DC 20007**<br>**202-298-4774**<br>**paul@cullenlaw.com**<br>**202-298-4775**<br>**kathleen@cullenlaw.com**<br><br>***Attorneys for Plaintiffs***<br>***PA Education Association and***<br>***American Academy of Physician Associates*** |

## MOTION FOR SUMMARY JUDGMENT OF PLAINTIFFS PA EDUCATION ASSOCIATION AND AMERICAN ACADEMY OF PHYSICIAN ASSOCIATES

Plaintiffs respectfully move this the Court for summary judgment under Federal Rule of Civil Procedure 56 and ask the Court to hold unlawful and set aside the Final Rule's regulatory definition of "professional degree" and separate free-from-supervision requirement under 5 U.S.C. § 706(2)(A) and (C), and remand the matter to the Department for further proceedings consistent with the Higher Education Act, 20 U.S.C. § 1087e(a)(4)(C)(ii), the APA, 5 U.S.C. §§ 701-706, and this Court's opinion.

A Memorandum in Support accompanies this Motion, along with a Proposed Order.

Respectfully submitted,

Date: October 1, 2026

/s/Paul D. Cullen, Jr.
Paul D. Cullen, Jr. / Bar No. 463759
Kathleen Balthrop Havener / Bar No. 432638
The Cullen Law Firm, PLLC
1101 30th Street, Suite 500
Washington, DC 20007
202-298-4775
kathleen@cullenlaw.com
202-298-4774
paul@cullenlaw.com

Attorneys for Plaintiffs
PA Education Association and American
Academy of Physician Associates