**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **AMERICAN ASSOCIATION OF NURSE PRACTITIONERS, et al.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**LINDA MCMAHON, et al.,**<br><br>**Defendants.** | } | **Case No. 26-cv-01780-BAH**<br><br>**consolidated with**<br>**Case No. 26-cv-01941-BAH**<br><br>**Paul D. Cullen, Jr. / Bar No. 463759**<br>**Kathleen Balthrop Havener / Bar No. 432638**<br>**The Cullen Law Firm, PLLC 1101 30th Street, Suite 500**<br>**Washington, DC 20007**<br>**202-298-4774**<br>**paul@cullenlaw.com**<br>**202-298-4775**<br>**kathleen@cullenlaw.com**<br><br>***Attorneys for Plaintiffs***<br>***PA Education Association and***<br>***American Academy of Physician Associates*** |

**PROPOSED ORDER ON MOTION FOR SUMMARY JUDGMENT**
**OF PLAINTIFFS PA EDUCATION ASSOCIATION**
**AND AMERICAN ACADEMY OF PHYSICIAN ASSOCIATES**

Upon consideration of the Motion for Summary Judgment under Federal Rule of Civil Procedures 56 filed by filed by plaintiffs PA Education Association and the American Academy of Physician Associates ("PA plaintiffs"), the memorandum, declarations, and exhibits attached thereto in support, and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that the PA plaintiffs' motion is GRANTED; it is further ORDERED that the Department of Education's definition of "professional degree" in the

Final Rule ("Rule") titled Reimagining and Improving Student Education—Federal Student Loan Program Final Regulations, 91 Fed. Reg. 23768, 23882 (May 1, 2026) (to be codified at 34 C.F.R. § 685.102(b)), and the additional requirement found in the preamble to the Rule that professional degrees cannot "lead[] to employment that ordinarily must be supervised by a licensed professional in a different occupation and cannot be performed independently," id. at 23787, is permanently SET ASIDE and vacated pursuant to 5 U.S.C. § 705, and the Final Rule is remanded to the Department for application of the three-part definition of "professional degree" codified by Congress at 20 U.S.C. § 1087e(a)(4).

IT IS SO ORDERED:

DATE:______________________________ ________________________________________

BERYL A, HOWELL
U.S. DISTRICT JUDGE